FLOYD v. FLOYD

No. 724P85.

Case below: 77 N.C. App. 459.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

GRIER v. GRIER

No. 604P85.

Case below: 76 N.C. App. 679.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

HAMILTON v. TRAVELERS INDEMNITY CO.

No. 699P85.

Case below: 77 N.C. App. 318.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.

HAYES v. BROWNE

No. 537P85.

Case below: 76 N.C. App. 98.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.

IN RE DIGITAL DYNAMICS CORP. AND
    CARPHONICS, INC.

No. 102P86.

Case below: 78 N.C. App. 442.

Notice of appeal by Digital Dynamics and Carphonics under G.S. 7A-30 dismissed 18 February 1986. Petition by Digital Dynamics and Carphonics for discretionary review under G.S. 7A-31 allowed 18 February 1986 and the matter is remanded to the Court of Appeals for reconsideration in light of the opinion in *In re Superior Court Order*, 315 N.C. 378, 338 S.E. 2d 307 (1986). Petition by Digital Dynamics and Carphonics for writ of supersedeas and motion for temporary stay allowed 18 February 1986.